IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JUDY B. KILLEN,                          )
                                         )
                Plaintiff,               )
                                         )
v.                                       )
                                         )
RELIANCE STANDARD LIFE                   )
INSURANCE COMPANY,                       )
                                         )
                Defendant.               )        Civil Action No. 5:12-CV-137-C


## JUDGMENT

On this date the Court granted Defendant's Motion for Summary Judgment. The

following judgment is, therefore, entered:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Judy B. Killen, take

nothing as against Defendant, Reliance Standard Life Insurance Company. Costs of court are

taxed against Plaintiff.

Dated this ___11th___ day of December, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE